**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

| | |
|---|---|
| RICHARD L. BASINGER,<br><br>Plaintiff,<br><br>vs.<br><br>FEDEX GROUND a/k/a FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>Defendant. | CIVIL DIVISION<br><br>No: GD-<br><br>**COMPLAINT**<br><br>FILED ON BEHALF OF:<br>Plaintiff<br><br>COUNSEL OF RECORD FOR THIS PARTY:<br><br>Andrew J. Leger, Jr., Esquire<br>PA. I.D. #43702<br><br>Law Office of Andrew J. Leger, Jr., P.C.<br>310 Grant Street<br>Suite 2630 Grant Building<br>Pittsburgh, PA 15219<br>(412) 401-9014<br>aleger1@leger-law.com<br><br>**A JURY TRIAL DEMANDED** |

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

| | | |
|---|---|---|
| RICHARD L. BASINGER, | : | Civil Division |
| | : | |
| | : | No. GD- |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| FEDEX GROUND a/k/a FEDEX GROUND PACKAGE SYSTEM, INC., | : | |
| | : | |
| Defendant. | : | |

**NOTICE TO DEFEND**

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after the Complaint and notice are served, by entering a written appearance personally or by an attorney and by filing in writing with the Court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the Complaint or for any other claim or relief requested by the plaintiffs. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS NOTICE TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIDGIBLE PERSONS TO A REDUCED FEE OR NO FEE.

ACBA Lawyer Referral Service
436 7th Ave,
Pittsburgh, PA 15219
(412) 261-5555

The Law Office of Andrew J. Leger, Jr., P.C.

Date: November 14, 2024

By [signature]
Andrew J. Leger, Jr., Esquire
Attorney for Plaintiff

# IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD L. BASINGER, | : | Civil Division |
| | : | |
| | : | No. GD- |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| FEDEX GROUND a/k/a | : | |
| FEDEX GROUND PACKAGE | : | |
| SYSTEM, INC., | : | |
| | : | |
| Defendant. | : | |

## COMPLAINT

**A Jury Trial Demanded**

And Now, come the Plaintiff, Richard L. Basinger, by and through his attorney, Andrew J. Leger, Jr., Esquire and the Law Office of Andrew J. Leger, Jr., P.C. and files this Complaint upon a set of particulars of which the following is a statement:

1. Plaintiff, Richard L. Basinger, is an adult individual, who resides at 182 Airway Inn Road, Dunbar, Pennsylvania.

2. Defendant, FedEx Ground a/k/a FedEx Ground Package System, Inc., is a corporation or other legal entity with an office and/or place of business at 1000 FEDEX Drive, Coraopolis, Pennsylvania.

3. On or about January 24, 2023, at or about 6:27 p.m., Plaintiff was operating a 2015 Ram Pick-Up truck in a generally northbound direction on IR 15 in the #4 travel lane, south of the Charlestown Boulevard Northbound on-ramp in Las Vegas, Nevada.

4. At the same date, time and place Jesus A. Guzman was operating a 2020 Freightliner tractor-trailer in a generally northbound direction on IR 15 in the #4 travel lane, south of the Charlestown Boulevard Northbound on-ramp in Las Vegas, Nevada, directly behind the Plaintiff.

5. At all times material and relevant hereto, Jesus A. Guzman was an agent, servant, workman and/or employee of the Defendant, acting within the scope of his agency, servitude, workmanship and/or employment.

6. Due to traffic conditions in front of him, Plaintiff had stopped in a cautious, careful, non-negligent manner.

7. The Defendant's driver who was traveling in a careless, negligent, illegal and unsafe manner failed to stop and crashed into the back of Plaintiff's vehicle.

8. The severity of the impact caused by the Defendant's driver resulted in Plaintiff sustained serious and severe injuries all of which are or may be permanent in nature, including, <u>inter</u> <u>alia</u>:

a) injury to the left eye;

b) loss of vision in the left eye;

c) injury to the cervical spine;

d) concussion;

e) post-concussion syndrome;

f) head injury;

g) injury to the neck;

h) injury to lumbar spine;

i) injury to the lower back;

j) dizziness;

k) lightheadedness;

l) injury to the right shoulder;

m) injury to the left shoulder;

n) shock to the nerves and nervous system; and

o) other serious and severe injuries.

9. That solely as a result of the aforesaid injuries, Plaintiff sustained the following damages:

a. he has suffered and will suffer great pain, suffering, inconvenience, mental anguish and embarrassment;

b. he has been and will be required to expend large sums of money for medical attention, physical therapy, chiropractic care, surgery, hospitalization, medical supplies, medicines, and attendant services;

c. he has been deprived of his earnings;

d. his earning capacity has been reduced and impaired;

e. his general health, strength and vitality have been impaired; and,

f. he has been unable to enjoy the ordinary pleasures of life.

**COUNT I**

**Richard L. Basinger, Plaintiff v. FedEx Ground a/k/a FedEx Ground Package System, Inc., Defendant**

**(Negligence)**

10. Plaintiff hereby incorporates by reference each and every allegation contained in paragraph 1 through 9, inclusive, as if the same had been fully set forth at length herein.

11. The above-described accident and resulting injuries and damages were caused solely by and were the direct and proximate result of Defendant breaching its duty of care to Plaintiff, generally and with regard to the following particulars:

(a) in negligently operating a motor vehicle so as to cause it to strike Plaintiff's vehicle from behind;

(b) in operating Defendant's vehicle at a dangerous and excessive rate of speed;

(c) in failing to operate Defendant's vehicle in a safe manner under the then existing conditions;

(d) in failing to warn Plaintiff by sounding a horn or otherwise;

(e) in failing to operate the brakes in such a manner that the Defendant could stop the vehicle before striking Plaintiff's vehicle;

(f) in failing to have Defendant's vehicle under proper control;

(g) in failing to steer the vehicle in such a manner as to avoid colliding with a vehicle traveling safely and legally;

(h) in being inattentive and in failing to maintain a sharp lookout of the road and the surrounding traffic conditions;

(i) in failing to have due regard for the rights and safety of others;

(j) in negligently hiring, training, and retaining an incompetent driver;

(k) in failing to adequately maintain the vehicle or keep it in a proper and safe state of repair; and

(l) in otherwise being negligent under the circumstances as more fully set forth hereinbefore.

Wherefore, Plaintiff, Richard L. Basinger demands judgement in his favor and against Defendant in an amount in excess of the compulsory arbitration limits.

**COUNT II**

**Richard L. Basinger, Plaintiff v. FedEx Ground**
**a/k/a FedEx Ground Package System, Inc., Defendant**

**(Vicarious Liability)**

12. Plaintiff, Richard L. Basinger, hereby incorporates by reference in paragraphs 1 through 11, inclusive, as if the same had been fully set forth at length herein.

13. At all times material and relevant hereto, Jesus A. Guzman was employed by Defendant, and was acting within the course and scope of his agency, servitude, workmanship and/or employment.

14. As a result of the negligence of Jesus A. Guzman as aforesaid, and because Jesus A. Guzman was acting in the course and scope of his agency, servitude, workmanship and/or employment for Defendant, Defendant is vicariously liable to Plaintiff, for the injuries and damages sustained by him.

Wherefore, Plaintiff, Richard L. Basinger, demands judgement in his favor and against Defendant, in an amount in excess of the compulsory arbitration limits.

Respectfully submitted,

**LAW OFFICE OF ANDREW J. LEGER, JR., P.C.**

BY: ______________________________
Andrew J. Leger, Jr., Esquire
Attorney for Plaintiff

**A JURY TRIAL DEMANDED**

**VERIFICATION**

I, **RICHARD L. BASINGER,** hereby verifies that the statements of fact made in the foregoing Complaint in Civil Action are true and correct to the best of my knowledge, information and belief; that I am authorized to execute this Verification and that I understand that any false statements herein are made subject to the penalties of 18 Pa. C.S.A. §4904 relating to unsworn falsification to authorities.

Date 11-12-24

Richard L. Basinger
Richard L. Basinger

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provision of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: Plaintiff

Signature: ______________________

Andrew J. Leger, Jr.,
Attorney No.: 43702